JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CASTILLO III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT GREEN, et al.,<br><br>　　　　Defendants. | Case No. EDCV 22-1582-DSF (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: March 13, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE